UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERRY PEGUES, | Case No. 22-cv-02552-CRB |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY CLOSING CASE; REQUIRING PARTIES TO FILE A MOTION TO REOPEN UPON RESOLUTION OF RELATED APPEAL** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

In light of the Court's Order staying this case pending a decision in the Ninth Circuit appeal No. 22-15921 of Harris v. Allison et al., No. 20-cv-09393-CRB (Dkt. No. 29), the Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court.

The parties are hereby ORDERED to file a joint motion to reopen the case within 28 days of the resolution of the Harris appeal.

**IT IS SO ORDERED.**

Dated: August 3, 2023

CHARLES R. BREYER
United States District Judge